# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

July 22, 2024

    No. 24-50135    TX Tribune v. Caldwell County
                       USDC No. 1:23-CV-910

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Pamela F. Trice, Deputy Clerk
                                        504-310-7633

        Ms. Julie Anne Ford
        Ms. Camilla Hsu
        Mr. Jason Eric Magee
        Ms. Nicole Mo
        Mr. Scott B. Wilkens