# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS TRIBUNE; *et al.*,<br><br>    Plaintiffs–Appellees,<br><br>v.<br><br>CALDWELL COUNTY, TEXAS; *et al.*,<br><br>    Defendants–Appellants. | Civil Action No. 24-50135 |

## MOTION FOR WITHDRAWAL OF COUNSEL

Nicole Mo will be ending her employment with the Knight First Amendment Institute at Columbia University, and hereby withdraws her appearance as counsel for the Plaintiffs–Appellees in the above-captioned case. Plaintiffs–Appellees will continue to be represented by other counsel of record.

July 26, 2024

Respectfully submitted,

/s/ *Nicole Mo*
Nicole Mo
Knight First Amendment
  Institute at Columbia
  University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
nicole.mo@knightcolumbia.org

1