# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

July 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 24-50135   TX Tribune v. Caldwell County
                     USDC No. 1:23-CV-910

The court has granted motion of Nicole Mo to withdraw as counsel.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Lisa E. Ferrara, Deputy Clerk
                         504-310-7675

Mr. Philip Devlin
Ms. Julie Anne Ford
Ms. Camilla Hsu
Mr. Jason Eric Magee
Ms. Nicole Mo
Mr. Scott B. Wilkens