# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Scott Wilkens
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

24-50135          Texas Tribune, et al.          v. Caldwell County, et al.
(Case Number)                  (Short Title)

is scheduled for oral argument at   9:00 am   on   October 8, 2024   located in the
                                    (Time)            (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
(Location)

/s/ Scott Wilkens                                              September 13, 2024
(Signature)                                                    (Date)

---

List all parties being represented for argument and select the party type

Texas Tribune, Mano Amiga, Caldwell/Hays Examiner

[ ] Appellant   [x] Appellee   [ ] Cross Appellant   [ ] Cross Appellee   [ ] Amicus   [ ] Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Scott Wilkens | 20 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # _____

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

PRINT TO PDF            RESET FORM

Revised 04/2023                                            Form OA-001