# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 15, 2024
Lyle W. Cayce
Clerk

No. 24-50135

Texas Tribune; Mano Amiga; Caldwell/Hays Examiner,

*Plaintiffs—Appellees,*

*versus*

Caldwell County, Texas; Trey Hicks, *in his official capacity as Caldwell County Court at Law Judge and Caldwell County Magistrate*; Matt Kiely, *in his official capacity as Caldwell County Justice of the Peace and Caldwell County Magistrate*; Shanna Conley, *in her official capacity as Caldwell County Justice of the Peace and Caldwell County Magistrate*; Anita DeLeon, *in her official capacity as Caldwell County Justice of the Peace and Caldwell County Magistrate*; Yvette Mireles, *in her official capacity as Caldwell County Justice of the Peace and Caldwell County Magistrate*; Mike Lane, *in his official capacity as the Sheriff of Caldwell County*,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-910

Before Wilson and Douglas, *Circuit Judges*, and Vitter, *District Judge.*[*]

JUDGMENT

---

[*] United States District Judge for the Eastern District of Louisiana, sitting by designation.

No. 24-50135

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.